IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | |
| ) | 8:09MJ177 |
| ) | |
| OF ) | |
| ) | |
| PATRICE JEAN CHOLE ) | ORDER OF COMMITMENT |
| ) | |

These extradition proceedings were commenced by the United States pursuant to 18 U.S.C. § 3184 and the treaty on extradition between the United States and the Federal Republic of Germany. Patrice Jean Chole (Chole) was arrested on September 8, 2009.

Chole appeared before the undersigned magistrate judge on September 9, 2009, and was advised of the charges, her rights, and procedures. Chole's request for counsel was approved. The Federal Public Defender for the District of Nebraska was appointed as her counsel pursuant to the Criminal Justice Act and entered his appearance. Through counsel, Chole requested an extradition hearing which was scheduled for 10:00 a.m. on September 21, 2009.

Chole requested release pending the extradition hearing; however, the court finds there are no special circumstances warranting release in this extradition matter.

**IT IS ORDERED:**

1. Patrice Jean Chole is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

2. Patrice Jean Chole shall be afforded reasonable opportunity for private consultation with counsel; and

3. Patrice Jean Chole shall be produced in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for an extradition hearing at 10:00 a.m. on September 21, 2009.

Dated this 9th day of September, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge