IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION ) | |
| ) | 8:09MJ177 |
| OF ) | |
| ) | ORDER |
| PATRICE JEAN CHOLE ) | |
| a/k/a Patti Choulpek ) | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

SEP 21 2009

OFFICE OF THE CLERK

The Court having received the Complaint filed on August 27, 2009, by Douglas R. Semisch, Assistant United States Attorney for the District of Nebraska, for and on behalf of the Federal Republic of Germany, pursuant to the request of the Federal Republic of Germany for the extradition of Patrice Jean Chole, and an affidavit executed by Patrice Jean Chole and witnessed by her attorney, David R. Stickman.

And, further, the Court having been advised in open session that Patrice Jean Chole is a fugitive sought by the Federal Republic of Germany; that she is aware that the Federal Republic of Germany has filed charges against her and has obtained a warrant for her arrest; that she has reviewed the Complaint filed by the United States Attorney for this judicial district; that she has been fully advised of her rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Federal Republic of Germany and Title 18, United States Code, § 3184 et seq., and that she has knowingly and voluntarily waived those rights;

**IT IS THEREFORE ORDERED** that Patrice Jean Chole be committed to the custody of the United States Marshal for the District of Nebraska pending arrival of the duly authorized representatives of the Federal Republic of Germany, at which time the United States Marshal shall deliver her to the custody of such authorized representatives to be transported to the Federal Republic of Germany to be held for trial or other disposition; and

**IT IS FURTHER ORDERED** that the transfer of physical custody of Patrice Jean Chole shall be at such time and place as mutually agreed upon by the United States Marshal for the District of Nebraska and the duly authorized representatives of the Federal Republic of Germany.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

DATED this 21st day of September, 2009.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge
District of Nebraska